| PROB 22 (MD/PA 6/2013) | | DOCKET NUMBER *(Tran. Court)* 3:CR-11-109-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Middle District of Pennsylvania | DIVISION Scranton |
|---|---|---|
| James Moran | NAME OF SENTENCING JUDGE The Honorable A. Richard Caputo, United States District Judge. On March 17, 2020, case reassigned to The Honorable Malachy E. Mannion, United States District Judge | |
| | DATES OF SUPERVISED RELASE | FROM September 15, 2017 | TO September 14, 2021 |

OFFENSES

Distribution and Possession With Intent to Distribute 500 Grams to 2 Kilograms of Cocaine - 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  **MIDDLE**  DISTRICT OF  **PENNSYLVANIA**

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Eastern District of New York  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

| 6/10/20 | *s/ Malachy E. Mannion* |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern  DISTRICT OF  New York

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |